UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LISA HIGGINS,                              :

                Plaintiff,       :       08 Civ. 1868 (TPG)

     - against -                          :       **OPINION**

BRAD JACOBS,                               :

                Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/08

       The Deputy Clerk has attempted to schedule conferences in this case on August 11 and September 18. No one has appeared at either conference. The Deputy Clerk's attempt to reach counsel by telephone has been unsuccessful. The action is dismissed for lack of prosecution.

       SO ORDERED.

Dated:    New York, New York
            November 21, 2008

                                                  THOMAS P. GRIESA
                                                       U.S.D.J.